**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| DAVID HASKELL GREEN<br>#30506<br><br>Petitioner | * | |
| v. | * | No. 4:26-cv-00559-JJV |
| DEXTER PAYNE, Director,<br>Arkansas Division of Correction<br><br>Respondent | * | |

**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 2nd day of September 2026.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE